Alice G. Watts, administratrix of the estate of Arnold B. Watts, deceased, appellee, v. Chicago Railways Company et al., operating under name of Chicago Surface Lines, appellants. Gen. No. 25,728.

Action to recover for death negligently caused. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon.

Joseph B. David, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed April 12, 1920. Dever, J., dissenting in part.

Charles LeRoy Brown, for appellants; John R. Guilliams and Franklin B. Hussey, of counsel. James C. McShane, for appellee.

Mr. Justice Holdom delivered the opinion of the court.